

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2021

No. 04-20-00119-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Nadine **REALME**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI14297
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Irene Rios, Justice

The panel has considered appellant's motion for rehearing. The motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2021.

_____
Michael A. Cruz,
Clerk of Court